No. 1247, October Term, 1944. VANDENBERGE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. 325 U. S. 875.

No. 1250, October Term, 1944. COGHLAN *v.* UNITED STATES. October 8, 1945. 325 U. S. 888.

No. 1284, October Term, 1944. STONESIFER ET AL. *v.* SWANSON ET AL. October 8, 1945. 325 U. S. 880.

No. 1288, October Term, 1944. NOBLE *v.* BOTKIN, SUPERINTENDENT. October 8, 1945. 325 U. S. 888.

No. 1291, October Term, 1944. ROBERTS *v.* UNITED STATES. October 8, 1945. 325 U. S. 881.

No. 1296, October Term, 1944. WAREHIME, DOING BUSINESS AS NEZEN MILK FOOD CO., ET AL. *v.* VARNEY ET AL. October 8, 1945. 325 U. S. 882.

No. 1314, October Term, 1944. ASCHER *v.* UNITED STATES. October 8, 1945. 325 U. S. 884.

No. 1316, October Term, 1944. CHAPIN ET AL. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. October 8, 1945. 325 U. S. 884.

No. 1353, October Term, 1944. DE MARCOS *v.* OVERHOLSER, SUPERINTENDENT. October 8, 1945. 325 U. S. 889.

No. 1358, October Term, 1944. BAILEY *v.* FLORIDA. October 8, 1945. 325 U. S. 890.